**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 432 EAL 2016
                                         :
              Respondent       :
                                         :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
               v.                 :
                                         :
                                       :
OSCAR ALVARADO,                  :
                                       :
              Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.